EDITH D. CLARK, Appellant, *v.* LOUIS V. CLARK, Respondent.

*Clark* v. *Clark*, 130 App. Div. 610, appeal dismissed.
(Argued June 1, 1909; decided June 15, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1909, which affirmed an order of Special Term denying a motion for the punishment of defendant for contempt in failing to pay alimony claimed to be due under a judgment of divorce.

*Michael Schaap* and *Edward Hymes* for appellant.

*Norman Johnson* for respondent.

Appeal dismissed, with costs, on authority of *Jewelers' Mercantile Agency* v. *Rothschild* (155 N. Y. 255); no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.